AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| PDTW, LLC AND Paula Thomsa,<br><br>Plaintiffs<br><br>_____<br>*Plaintiff(s)*<br>v.<br>[1] RICHARD PEDDIE, AN INDIVIDUAL; (See attached)<br><br>Defendants<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)   **REVISED FIRST AMENDED COMPLAINT**<br>)<br>)   Civil Action No. 2:20-cv-01740 JAK (PJWx)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* [1] Ricahard Peddiek, an individual, 5051 Euclid Ave., Boulder, CO 80303; [2] Law Studios/Richard Bryon Peddie, a business doing business in Colorado, 5051 Euclid Ave., Boulder, CO 80303; [3] Stephen Choi, AKA Hillshore Investment,S.A. [Dummy Corporatoin], (address unknown); [4] Eniluz Gonzalez, an individual (address unknown); [5] Desna Investment, LLC; 3828 Carson St., Torrance CA 90503; [6] James Artiano, 3828 Carson St., Torrance CA 90503; [7] David Schnider, 14606 Ostego St., Sherman Oaks, CA 91403; [8] Law Office of David Schnider (address unknown); (see attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dimitriso P. Biller
LDT Consulating, Inc.
Suite 9
Pacific Palisades, California 90272
(310) 459-9870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray

CLERK OF COURT

Date: April 29, 2020

/s/ *Jennylam*
Signature of Clerk or Deputy Clerk

Case 2:20-cv-01740-JAK-PJW Document 169 Filed 06/16/20 Page 2 of 4 Page ID #:38163

Case 2:20-cv-01740-JAK-PJW Document 95-1 Filed 05/02/20 Page 34 of 40 Page ID #:23782
Case 2:20-cv-01740-JAK-PJW Document 93-3 Filed 04/29/20 Page 2 of 4 Page ID #:23734

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-01740

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __KF Professional Group__
was received by me on *(date)* __4/30/20__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Joseph Foster (Partner/Owner)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __KF Professional Group__
on *(date)* __4/30/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/30/20__

_____
*Server's signature*

__Harley Wolitzky / Relative__
*Printed name and title*

__7344 Topeka Drive, Reseda, CA 91335__
*Server's address*

Additional information regarding attempted service, etc:

- Accepted service for self / Norman Ko & KF Professional Group
• Service complete @ 12:30pm
☆ Witness: Julia Cook

DIMITRIOS P. BILLER (142730)
LDT Consulting, Inc.
15113 West Sunset Blvd., Suite "9"
Pacific Palisades, California 90272
Telephone (310) 459-9870
E-mail Address: biller_ldtconsulting@verizon.net

Attorney for PDTW, LLC

# UNITED STATES DISRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)

| | |
|---|---|
| PDTW, LLC, AND PAULA THOMAS, <br><br> PLAINTIFFS, <br><br> VS. <br><br> [1] RICHARD PEDDIE, AN INDIVIDUAL; [2] LAW STUDIOS/RICHARD BYRON PEDDIE, A BUSNESS ORGANIZED UNDER THE LAWS OF THE STATE OF COLORADO; [3] STEPHEN CHOI, AKA HILLSHORE INVESTMENT, S.A. [DUMMY CORPORATION]; [4] ENILUZ GONZALEZ, AN INDIVIDUAL; [5] DESNA INVESTMENT, LLC; [6] JAMES ARTIANO; [7] DAVID SCHNIDER, [8] LAW OFFICE OF DAVID SCHNIDER, [9] LAW FIRM IN CALIFORNIA, NOLAN HIEMANN, LAW FIRM IN CALIFORNIA; [10] JENE PARK, AN INDIVIDUAL; [11] THE PALLIATIVE, | CASE NO: 2:20-cv-01740 <br><br> **REVISED FIRST AMENDED COMPLAINT FOR:** <br><br> 1. RICO ACT: <br>     a. *18 U.S.C §1961;* <br>     b. *18 U.S.C §1341* <br>     c. *18 U.S.C §1943;* <br>     d. *18 U.S.C §1352;* <br>     e. *18 U.S.C §1956;* <br>     f. *18 U.S.C §2314* <br>     g. *18 U.S.C §2315;* <br>     h. *18 U.S.C §1956* <br>     i. *18 U.S.C §1957;* <br>     j. *18 U.S.C §7201* <br>     k. *18 U.S.C §7206;* <br>     l. *18 U.S.C §152* <br>     m. *18 U.S.C §301;* <br>     n. *18 U.S.C.§701;* |

1

**1st AMENDED COMPLAINT**

Case 2:20-cv-01740-JAK-PJW   Document 95-1   Filed 05/02/20   Page 36 of 40   Page ID #:23794
Case 2:20-cv-01740-JAK-PJW   Document 93   Filed 04/29/20   Page 4 of 4   Page ID #:23736

| | |
|---|---|
| A LIMITED LIABILITY COMPANY; [12] STEVE PRESTEMON; [13] KF PROFESSIONAL; [14] NORMAN KO; [15] JOESPH FOSTER; [16] KYU HONG KIM, CPA, INC. [17] KYU HONG KIM; [18] ALLISON KIM; AN INDIVIDUAL, [19] PETER BALLAS; [20] PETER W. BALLAS & ASSOCIATES, INC.; [21] KRING & CHUNG, INC.; [22] KENNETH CHUNG; [23] ALLYSON THOMPSON; [24] LAURA HESS; [25] LAURA BOOTH; [26] MISTY ISAACSON; [27] PAGTER & PERRY ISAACSON; [28] ROGER KOU; [29] ZTHER INTERACTIVE; [30] IAN CHIN; STANLEY DUCK, LLC; [31] DOUG LEE; [32] DSRB, LLC; [32] ALEX KIM; [33] RICHARD KIM; [34] ERIC CHOI; [35] 317 MBP, LLC [DUMMY COMPANY TO PROTECT CHOI'S ASSETS]; [36] BENJIMEN KIM; [37]; LAUNCHPAD COMMUNICATIONS [38] CONSUMER RESOURCE NETWORK, [39] KHONDKER SHOEB AHMED, [40] ANDREW ALPHEBERG; [41] GREENBERG GLUSTER; *[42] CHOI ASSOCITE-IN-FACT-ENTERPRISE;* [43] JAY YU; [44] DANNY KIM [45] UNITED PLUS INSURANCE; [46] THOMAS WYLDE, LLC; [47] LAW OFFICE OF RICHARD KIM; DOES 1 - 100<br><br>DEFENDANTS. | 2. **TRADEMARK INFRINGEMENT OF EXLUSIVE LICENSING RIGHTS,** *18 U.S.C. §1114;*<br>3. **COPYRIGHT INFRINGEMENT OF LICENSING AGREEMENT,** U.S.C. *17 U.S.C. §203;*<br>4. **UNFAIR, FRAUDULENT & ILLEGAL BUSINESS PRACTICES,** *BUSSINESS & PROFESSIONAS CODE §17200:*<br>  a. *15 U.S.C §1114*<br>  b. *17 U.S.C. §203*<br>  c. *18 U.S.C. §152(2)*<br>  d. *18 U.S.C §152(3)*<br>  e. *18 U.S.C §152(4)*<br>  f. *18 U.S.C §152(5)*<br>  g. *18 U.S.C §152(6)*<br>  h. *18 U.S.C §152(7)*<br>  i. *18 U.S.C §152(8)*<br>  j. *18 U.S.C §152(9)*<br>  k. *18 U.SC. §152(2)*<br>  l. *18 U.S.C §152(3);*<br>  m. *26 U.S.C. §7201;*<br>  n. *26 U.S.C §7206;*<br>  o. *PENAL CODE §135;*<br>  p. *PENAL CODE §134;*<br>  q. *PENAL CODE §132;*<br>  r. *PENAL CODE §127;*<br>  s. *PENAL CODE §118;*<br>  t. *PENAL CODE §180.6*<br>  u. *PENAL CODE §182;*<br>  v. *PENAL CODE §484;*<br>  w. *PENAL CODE §503* |

1st AMENDED COMPLAINT

2