DIMITRIOS P. BILLER (142730)
LDT Consulting, Inc.
15113 Sunset Blvd.
Pacific Palisades, California 90272
Telephone: (310) 459-9870
E-mail: biller_ldtconsulting@verizon.net

Attorney for Plaintiffs PDTW, LLC
And Paula Thomas

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| PDTW, LLC, AND PAULA THOMAS, <br><br> PLAINTIFFS, <br><br> VS. <br><br> [1] RICHARD PEDDIE, AN INDIVIDUAL; [2] LAW STUDIOS/RICHARD BYRON PEDDIE, A BUSNESS ORGANIZED UNDER THE LAWS OF THE STATE OF COLORADO; [3] STEPHEN CHOI, AKA HILLSHORE INVESTMENT, S.A. [DUMMY CORPORATION]; [4] ENILUZ GONZALEZ, AN INDIVIDUAL; [5] DESNA INVESTMENT, LLC; [6] JAMES ARTIANO; [7] DAVID SCHNIDER, [8] LAW OFFICE OF DAVID SCHNIDER, [9] LAW FIRM IN CALIFORNIA, NOLAN HIEMANN, LAW FIRM IN | Case No.: Case No.: **2:20-cv-01740-JAK** <br><br> DECLARATION OF DIMITRIOS P. BILLER REGARDING SERVICE OF PROCESS OF SUMMONS AND COMPLAINTS <br><br> **BEFORE THE HONORABLE JOHN A. KRONSTRADT** |

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 1

CALIFORNIA; [10] JENE PARK, AN INDIVIDUAL; [11] THE PALLIATIVE, A LIMITED LIABILITY COMPANY; [12] STEVE PRESTEMON; [13] KF PROFESSIONAL; [14] NORMAN KO; [15] JOESPH FOSTER; [16] KYU HONG KIM, CPA, INC. [17] KYU HONG KIM; [18] ALLISON KIM; AN INDIVIDUAL, [19] PETER BALLAS; [20] PETER W. BALLAS & ASSOCIATES, INC.; [21] KRING & CHUNG, INC.; [22] KENNETH CHUNG; [23] ALLYSON THOMPSON; [24] LAURA HESS; [25] LAURA BOOTH; [26] MISTY ISAACSON; [27] PAGTER & PERRY ISAACSON; [28] ROGER KOU; [29] ZTHER INTERACTIVE; [30] IAN CHIN; STANLEY DUCK, LLC; [31] DOUG LEE; [32] DSRB, LLC; [32] ALEX KIM; [33] RICHARD KIM; [34] ERIC CHOI; [35] 317 MBP, LLC [DUMMY COMPANY TO PROTECT CHOI'S ASSETS]; [36] BENJIMEN KIM; [37]; LAUNCHPAD COMMUNICATIONS [38] CONSUMER RESOURCE NETWORK, [39] KHONDKER SHOEB AHMED, [40] ANDREW ALPHEBERG; [41] GREENBERG GLUSTER; **[42] CHOI ASSOCITE-IN-FACT-ENTERPRISE;** [43] JAY YU; [44] DANNY KIM [45] UNITED PLUS INSURANCE; [46] THOMAS WYLDE, LLC; [47] LAW OFFICE OF RICHARD KIM; DOES 1 - 100

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 2

DEFENDANTS.

Plaintiffs submits the Declaration of Dimitrios P. Biller regarding the service of summons and complaints on Defendants.

Respectfully submitted,

By: /S/ Dimitrios P. Biller
Counsel for Plaintiffs

# DECLARATION OF DIMITRIOS P. BILLER

1. I am the attorney for Paula Thomas, PDTW, LLC, and Thomas Wylde, LLC. I have spent three very long years litigating cases involving Thomas Wylde, LLC. All the facts, situations, circumstances, and documents described in this Declaration are based on my personal knowledge. If called to testify I could and would be able to provide competent testimony regarding these isssues.

2. The evidence is now conclusive that Paula Thomas is the majority owner of Thomas Wylde, LLC. Neither Roger Kou nor Doug Lee are playing an active role in the operations of that company. Doug Lee transferred his units of ownership to his family trust and Roger Kou transferred his units to STANLEY DUCKS, LLC.

3. LDT Consulting, LLC has attempted to serve the summons and complaint on the following Defendants. All have been served except for the Defendants highlighted:

[1] RICHARD PEDDIE, AN INDIVIDUAL;

[2] LAW STUDIOS/RICHARD BYRON PEDDIE, A BUSNESS ORGANIZED UNDER THE LAWS OF THE STATE OF COLORADO;

==[3] STEPHEN CHOI, AKA HILLSHORE INVESTMENT, S.A. [DUMMY CORPORATION];==

==[4] ENILUZ GONZALEZ, AN INDIVIDUAL;==

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 4

[5] DESNA INVESTMENT, LLC;

[6] JAMES ARTIANO;

[7] DAVID SCHNIDER,

[8] LAW OFFICE OF DAVID SCHNIDER,

[9] NOLAN HIEMANN, LAW FIRM IN CALIFORNIA;

[10] JENE PARK, AN INDIVIDUAL;

[11] THE PALLIATIVE, A LIMITED LIABILITY COMPANY;

[12] STEVE PRESTEMON;

[13] KF PROFESSIONAL;

[14] NORMAN KO;

[15] JOESPH FOSTER;

[16] KYU HONG KIM, CPA, INC.

[17] KYU HONG KIM;

[18] ALLISON KIM; AN INDIVIDUAL,

[19] PETER BALLAS;

[20] PETER W. BALLAS & ASSOCIATES, INC.;

[21] KRING & CHUNG, INC.;

[22] KENNETH CHUNG;

[23] ALLYSON THOMPSON;

[24] LAURA HESS;

[25] LAURA BOOTH; (BELIEVE IS REPRESENTED BY GLEN OLSON)

[26] MISTY ISAACSON;

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 5

[27] PAGTER & PERRY ISAACSON;

[28] ROGER KOU;

[29] ZTHER INTERACTIVE;

[30] IAN CHIN;

**STANLEY DUCK, LLC**;

**[31] DOUG LEE;**

[32] DSRB, LLC;

[32] ALEX KIM;

**[33] RICHARD KIM**;

[34] ERIC CHOI;

[35] 317 MBP, LLC [DUMMY COMPANY TO PROTECT CHOI'S ASSETS];

[36] BENJIMEN KIM;

**[37] LAUNCHPAD COMMUNICATIONS**

**[38] CONSUMER RESOURCE NETWORK,**

**[39] KHONDKER SHOEB AHMED**,

[40] ANDREW ALPHEBERG;

[41] GREENBERG GLUSTER;

*[42] CHOI ASSOCITE-IN-FACT-ENTERPRISE;*

[43] JAY YU;

[44] DANNY KIM

[45] UNITED PLUS INSURANCE;

[46] THOMAS WYLDE, LLC;

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 6

**[47] LAW OFFICE OF RICHARD KIM;**

DOES 1 - 100

5.     Plaintiffs have made 11 attempts to serve Doug Lee.  Plaintiffs believe he was at home on many of those attempted but he did not answer the door when service was attempted.  Plaintiffs will have to file a Notice of Motion for an Order to Perfect Service of Process by Publication in Orange County.

6. Stephen Choi, Eniluz Gonzalez and Shoeb Ahmend reside in Costa Rica.  Service was difficult (impossible) because the government in Costa Rica is not allowing packages in the county from the United States.  Plaintiffs will have to file a Notice of Motion for an Order to Perfect Service of Process by Publication in Calle, San Juan, Costa Rica.  Jim Artiano represents Stephen Choi in other litigation in the Los Angeles Superior  Court, but he refused to accept service of process on behalf of Stephen Choi and Eniluz Gonzalez on the grounds he did not have authority.

7.     It has been difficult to serve the "right" Richard Kim.  There are many people named Richard Kim in California.  Our efforts continue.

8.     Plaintiffs believe that Consumer Network Research and LauchPad Communications, Inc. are under the ownership of Doug Lee.  Plaintiffs will have

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 7

to file a Notice of Motion for an Order to Perfect Service of Process by Publication in Orange County.

9. I believe Doug Lee is hiding from Stephen Choi and is in fear of his life/safety because he produced (as he was legally obligated to) most of the evidence to supports a large portion of Plaintiffs case.  This is the same evidence that Richard Peddie and David Schnider concealed for years.  It is absolutely unsconscionable that the one witness who produced documents he was legally obligated and concealed 37 documents, is under some form of intimidation to avoid service, but the two Defendants who concealed evidence for years appear to walk freely without a care in the world.

10. I, Dimitrios P. Biller, declare and say under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  I signed this Declaration in Pacific Palisades, California on June 16, 2020.

/S/ Dimitrios P. Biller

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 8

# PROOF OF SERVICE
## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I declare under penalty of perjury that I live in the County of Los Angeles, state of California, I am over the age of 18 years; my business is located at 15113 West Sunset Blvd., Suite "9", Pacific Palisades, CA 90272.  On **June 16, 2020**, I caused to be served, via e-mail, the following pleadings:

**PLAINTIFFS' NOTICE OF TAKING DEPOSITION**

on the interested parties in this action by e-mail:

| | |
|---|---|
| Glen R. Olson<br>Jessica R. Macgregor<br>Johnathan Rizzardi<br>Long & Levit LLP<br>465 California Street, 5rth Floor<br>San Francisco CA 94104 | Kring & Chung<br>Kenneth Chung<br>Allyson Thompson<br>Laura Hess<br>Laura Booth |
| Robert Silver<br>Kaufman Dolowich Voluck LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>(310) 775-6511<br>rsilver@kdvlaw.com | Defendants David Schnider,<br>Law Office of David Schnider, and<br>Nolan Heimann, LLP |
| | |

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 9

| | |
|---|---|
| J. Andrew Wright<br>Chapman Glucksman Dean<br>Roeb Barger, APC<br>11900 W. Olympic Blvd., Suite 800<br>Los Angeles, CA 90064<br>(310) 207-7722<br>awright@egdrblaw.com | Defendants KF Professionals, Inc.,<br>Norman Ko<br>Joseph Foster |
| Michael B. Wilk<br>Lewis Brisbois<br>633 West 5th Street<br>Suite 4000<br>Los Angeles, CA 90071 | Defendants Kyu Hong Kim, CPA, Inc.,<br>Allison Lee (aka Kwan/Kim)<br>Kyu Hong Kim |
| Richard Peddie<br>Law Studios/Richard Byron Peddie<br>5051 Euclid Ave.<br>Boulder, Colorado 80303 | Richard Peddie |
| Richard Peddie<br>Law Studios/Richard Byron Peddie<br>5051 Euclid Ave.<br>Boulder, Colorado 80303 | Stephon Choi<br>Eniluz Gonzalez<br>Doug Lee<br>Roger Kou<br>Jene Park<br>John Hanna |
| Lawrence S. Andrews<br>Artiano & Associates<br>3828 Carson Street, Suite 102<br>Torrance, CA  90503 | Peter Ballas<br>Ballas & Associates<br>DESNA Investment, LLC<br>James Artiano<br>Eric Choi |
| | |

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 10

| | |
|---|---|
| Frances O'Merea<br>12100 Wilshire Blvd., Suite 1200,<br>Los Angeles, CA 90025 | United Plus Insurance<br>Danny Kim<br>Jay Yu |
| Nemecek-Cole<br>Vikram Sohal<br>Attorney at Law<br>16255 Ventura Blvd., Ste. 300,<br>Encino, CA<br>91436 | Misty Isaacson<br>Pagter & Perry Isaacson |
| Hill, Farrer & Burrill, LLP<br>Keven H. Brogan<br>Dean E. Dennis<br>Elissa L. Gysi<br>One California Plaza<br>300 South Avenue, 37th Floor<br>Los Angeles, California 90071-3147 | Greenberg Glusker<br>Andrew Alpheberg |

_____ BY MAIL – I placed such envelope for deposit in the U.S. Mail for service by the United States Postal service, with postage thereon fully prepaid.  I am "readily familiar" with the practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Pacific Palisades, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ : BY FEDERAL EXPRESS – I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 11

maintained by Federal Express.  Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.  The envelope was sealed and placed for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

____BY PERSONAL SERVICE – I caused such envelope to be delivered by hand to the offices of the addressee.

**XXX**: E-Mail via EM-ECF and e-mail

**XXX** (State) I declare **under penalty of perjury under the laws of the State of California** that the foregoing is true and correct.

Executed on **June 16, 2020**, at Pacific Palisades, California.

/S/ Dimitrios P. Biller
Dimitrios P. Biller

AMENDED NOTICE OF TAKING DEPOSITIONS OF DEFENDANTS UNDER *RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE*
- 12