# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PDTW, LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>RICHARD PEDDIE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–01740–JAK–PJW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __6/11/2020__

Document Number(s):  __133–154__

Title of Document(s):  __Exhibits__

**ERROR(S) WITH DOCUMENT:**

Title page is missing.

Pursuant to Local Rule 11–3.8, the filer should prepare a separate title page

Other:

**Note:  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: __June 17, 2020__     By: __/s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*__
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**