| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | JON A. WEININGER (Bar No. 216744) |
| 2 | jweininger@jmbm.com |
| | 3 Park Plaza, #1100 |
| 3 | Irvine, CA 92614 |
| | Telephone: (949) 623-7200 |
| 4 | Facsimile: (949) 623-7202 |
| 5 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | JESSICA P. G. NEWMAN (Bar No. 309170) |
| 6 | jnewman@jmbm.com |
| | 1900 Avenue of the Stars, 7th Floor |
| 7 | Los Angeles, California 90067-4308 |
| | Telephone: (310) 203-8080 |
| 8 | Facsimile: (310) 203-0567 |
| 9 | Attorneys for Defendant 317 MBP LLC |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 15 | PDTW, LCC, AND PAULA THOMAS, | Case No. 2:20-cv-01740-JAK-(PJWx) |
| 16 | | |
| 17 | Plaintiffs, | **317 MBP LLC'S NOTICE OF JOINDER AND JOINDER IN MOTION FOR *COLORADO RIVER* STAY OR EXTENSION** |
| 18 | v. | |
| 19 | [1] RICHARD PEDDIE, AN INDIVIDUAL; [2] LAW STUDIOS/RICHARD BYRON PEDDIE, A BUSINESS ORGANIZED UNDER THE LAWS OF THE STATE OF COLORADO; [3] STEPHEN CHOI, AKA HILLSHORE INVESTMENT, S.A. [DUMMY CORPORATION]; [4] ENILUZ GONZALEZ, AN INDIVIDUAL; [5] DESNA INVESTMENT, LLC; [6] JAMES ARTIANO; [7] DAVID SCHNIDER; [8] LAW OFFICE OF DAVID SCHNIDER; [9] LAW FIRM IN CALIFORNIA, NOLAN HIEMANN, LAW FIRM IN CALIFORNIA; [10] JENE PARK, AN INDIVIDUAL; [11] THE PALLIATIVE: A LIMITED | Date:  July 27, 2020<br>Time:  2:30 p.m.<br>Dept.: 10B<br><br>The Hon. John A. Kronstadt<br><br>Trial Date:   None Set<br><br>[*Declaration of Jon A. Weininger filed concurrently*] |

| | |
|---|---|
| 1 | LIABILITY COMPANY; [12] STEVE PRESTEMON; [13] KF PROFESSIONAL; [14] NORMAN KO; [15] JOSEPH FOSTER; [16] KYU HONG KIM, CPA, INC. [17] KYU HONG KIM; [18] ALLISON KIM, AN INDIVIDUAL; [19] PETER BALLAS; [20] PETER W. BALLAS & ASSOCIATES, INC.; [21] KRING & CHUNG, INC.; [22] KENNETH CHUNG; [23] ALLYSON THOMPSON; [24] LAURA HESS; [25] LAURA BOOTH; [26] MISTY ISAACSON; [27] PAGTER & PERRY ISAACSON; [28] ROGER KOU; [29] ZTHER INTERACTIVE; [30] IAN CHIN; STANLEY DUCK, LLC; [31] DOUG LEE; [32] DSRB, LLC; [32] ALEX KIM; [33] RICHARD KIM; [34] ERIC CHOI; [35] 317 MBP, LLC [DUMMY COMPANY TO PROTECT CHOI'S ASSETS]; [36] BENJIMEN KIM; [37] LAUNCHPAD COMMUNICATIONS; [38] CONSUMER RESOURCE NETWORK; [39] KHONDKER SHOEB AHMED; [40] ANDREW ALPHEBERG; [41] GREENBERG GLUSTER; [42] CHOI ASSOCITE-IN FACT-ENTERPRISE; [43] JAY YU; [44] DANNY KIM; [45] UNITED PLUS INSURANCE; [46] THOMAS WYLDE, LLC; [47] LAW OFFICE OF RICHARD KIM; DOES 1-100, |
| 20 | Defendants. |

# NOTICE OF JOINDER IN MOTION

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant 317 MBP, LLC ("317 MBP") hereby joins the Motion for *Colorado River* Stay or Extension (the "*Colorado River* Motion", Dkt. 102) filed by defendant THOMAS WYLDE, LLC ("TW"), which is scheduled for hearing on July 27, 2020 at 2:30 PM or as soon thereafter as the matter may be heard in Courtroom "10B" of the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. First Street, Los Angeles, CA 90012 before the Hon. John A. Kronstadt.

This Joinder is made following the conference of counsel pursuant to L.R. 7-3 and Standing Order ¶ 9.c, which took place on June 24, 2020. (See Declaration of Jon A. Weininger ("Weininger Decl."), ¶¶ 1-3 and Exhibits 1 and 2 thereto.) 317 MBP also joins in and fully adopts TW's certificate of conferral and related declarations indicating conferral over whether or not a *Colorado River* stay should be imposed in this case.

# JOINDER IN MOTION

317 MBP's involvement in this matter appears to be based on Plaintiff's mistaken and unfounded belief that 317 MBP is part of some vast money-laundering conspiracy involving dozens of defendants. Plaintiff alleges that 317 MBP is one of several "dummy corporations" formed to assist defendant Stephen Choi in money laundering and tax evasion. In fact, 317 MBP is a bona-fide, innocent third-party purchaser of a residence formerly owned by Stephen Choi and Eniluz Gonzalez, as Trustees of the Choi Gonzalez Trust dated May 31, 2016.

The allegations that form the basis of 317 MBP's alleged involvement in this matter are the subject of the *Colorado River* Motion.

317 MBP therefore joins in the *Colorado River* Motion, adopting all arguments set forth therein as its own, incorporating all such arguments by reference, and moving for the same relief, by way of this motion and joinder. 317 MBP also requests that this Court abstain from exercising jurisdiction by imposing a stay under *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976). In the alternative, 317 MBP requests a 90-day extension of time in which to answer or to file a responsive pleading, combined with a full stay of all disclosure obligations, discovery and other activity.

This Joinder is based upon those same documents, papers, and other evidence upon which TW bases the *Colorado River* Motion. *See* <u>NOTICE OF</u>: THOMAS WYLDE, LLC'S MOTION FOR *COLORADO RIVER* STAY OR EXTENSION [WITH REQUEST FOR JUDICIAL NOTICE], Dkt. No. 101. All such things are adopted and incorporated herein by this reference. This Joinder is further based on the concurrently filed Declaration of Jon. A Weininger, all pleadings and records on file herein and on any further oral or documentary information or evidence that may be submitted prior to or at the haring of the *Colorado River* Motion.

DATED: July 1, 2020

JEFFER MANGELS BUTLER & MITCHELL LLP
JON A. WEININGER
JESSICA P. G. NEWMAN

By:  /s/  Jon A. Weininger
      JON A WEININGER
Attorneys for Defendant 317 MBP LLC